UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. C-12-78-1 |
| | § | |
| CASIMIRO SALINAS | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the testimony of the defense witnessed. The loaded firearm involved in this case was found in a nightstand in the defendant's bedroom not too long after both the defendant and his wife declared to federal law enforcement officers and to the defendant's Pretrial Officer that there were no firearms in the residence. The defendant is a convicted felon, and he was on a federal bond when he committed this offense. The defendant appears to be either unwilling or unable to comply with court-ordered conditions of release.

The defendant is committed to the custody of the United States Marshal or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 25th day of January, 2012.

*B. Janice Ellington* (signature)
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE